| | | |
|---|---|---|
| United States of America and the State of Texas *ex rel.* Richard Drummond, | § § § § | |
| Plaintiffs, | § § § | |
| versus | § § | Civil Action H-08-2441 |
| BestCare Laboratory Services LLC, *et al.*, | § § § | |
| Defendants. | § | |

## Partial Judgment

1. The motion for judgment by BestCare Laboratory Services, LLC, and Karim A. Maghareh is denied. (91)

2. The United States of America *ex relatione* Richard Drummond takes $10,600,000 from BestCare Laboratory Services, LLC, and Karim A. Maghareh. (87)

Signed on August 21, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge