UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD DRUMMOND, | § § § | |
| *Plaintiffs,* | § | Civil Action No. H-08-2441 |
| v. | § § | |
| BESTCARE LABORATORY SERVICES, LLC and KARIM A. MAGHAREH, | § § § § | |
| *Defendants.* | § § | |

### NOTICE OF FILING A PETITION FOR A WRIT OF MANDAMUS WITH THE COURT OF APPEALS

Relator Richard Drummond notifies the Court and all Counsel of Record that he has today filed with the Court of Appeals for the Fifth Circuit the attached Petition for A Writ of Mandamus.

Respectfully submitted,

/s/ Mitchell Kreindler
Mitchell R. Kreindler
Texas Bar No. 24033518
Melissa Neiman
Texas Bar No. 24056028
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415
713.647.8888
Fax: 713.647.8889
mkreindler@blowthewhistle.com
mneiman@blowthewhistle.com

ATTORNEYS IN CHARGE FOR *QUI TAM*
RELATOR RICHARD DRUMMOND

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of October 2017, Relator Richard Drummond's Notice of Filing a Petition for Writ of Mandamus with the Court of Appeals was filed electronically and service accomplished automatically on all counsel of record through the Notice of Electronic Filing (NEF) issued by the Court's Electronic Case Filing (ECF) System.

_/s/ Mitchell R. Kreindler_
Mitchell R. Kreindler