UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD DRUMMOND, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 4:08-cv-02441 |
| BESTCARE LABORATORY SERVICES LLC, et al., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | JUDGE LYNN N. HUGHES |

## DEFENDANTS' NOTICE OF RULING IN RELATED CASE

Pursuant to Local Rule 5.2, Defendants BestCare Laboratory Services LLC and Dr. Karim Maghareh file this notice of ruling in a related case: *Karim Maghareh, Ph.D. & BestCare Laboratory Services, LLC, Petitioners v. The Inspector General*, Dkt. No. C-16-40, before the Departmental Appeals Board, Civil Remedies Division of the Department of Health and Human Services (the "HHS Proceeding").

On October 6, 2017, the Administrative Law Judge in the HHS Proceeding issued an Omnibus Order, denying the parties' summary judgment motions and ordering the matter to trial. The Order is attached as **Exhibit A**.

Respectfully submitted,

*/s/ John Zavitsanos*
John Zavitsanos
Texas Bar No. 22251650
Southern District Bar No. 9122
AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney, Ste. 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062
jzavitsanos@azalaw.com

**COUNSEL FOR DEFENDANT
KARIM A. MAGHAREH**

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols
Attorney-in-Charge
State Bar No. 14994500
Southern District Bar No. 13066
BECK│REDDEN LLP
515 Congress Ave., Suite 1900
Austin, Texas 78701
Tel: (512) 708-1000
Fax: (512) 708-1002
enichols@beckredden.com


Of Counsel

Michael E. Richardson
State Bar No. 24002838
Southern District Bar No. 23630
BECK│REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
mrichardson@beckredden.com


Jon D. Stephenson
State Bar No. 24041973
Southern District Bar No. 1090171
JON STEPHENSON LAW, P.C.
440 Louisiana Street, Suite 900
Houston, Texas 77002
(832) 930-0553 (telephone)
(713) 869-9912 (facsimile)
jon@jonstephensonlaw.com

**COUNSEL FOR DEFENDANT
BESTCARE LABORATORY SERVICES, LLC**

2

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading was served on the following counsel of record through the Court's ECF system and in compliance with the Federal Rules of Civil Procedure on October 24, 2017:

*Attorneys for Plaintiff United States of America:*

Michelle Zingaro
Andrea E Belgau
Daniel David Hu
1000 Louisiana, Suite 2300
Houston, Texas 77002

*Attorneys for Plaintiff Richard Drummond:*

Mitchell Reed Kreindler
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415

Melissa Neiman
440 Louisiana, Suite 485
Houston, Texas 77002

> */s/ John Zavitsanos*
> John Zavitsanos

4823-4111-2906, v. 1