UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD DRUMMOND, <br><br> *Plaintiffs,* <br> v. <br><br> BESTCARE LABORATORY SERVICES, LLC and KARIM A. MAGHAREH, <br><br> *Defendants.* | Civil Action No. H-08-2441 |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that undersigned counsel for Relator Richard Drummond is, effective immediately, relocating his office to the following address:

Kreindler & Associates
7676 Hillmont Street, Suite 240A
Houston, Texas  77040-6478

Counsel's other contact information remains unchanged.

Respectfully submitted,

*/s/Mitch Kreindler*
Mitchell R. Kreindler
Texas Bar No. 24033518
S.D. Tex. Bar No. 32980
KREINDLER & ASSOCIATES
7676 Hillmont Street, Suite 240A
Houston, Texas  77040-6478
713.647.8888
Fax: 713.647.8889
mkreindler@blowthewhistle.com

ATTORNEY FOR *QUI TAM*
RELATOR RICHARD DRUMMOND

1

## CERTIFICATE OF SERVICE

I certify that on November 8, 2017, a copy of the foregoing Notice of Change of Address was filed electronically and service was accomplished automatically to all counsel of record through the Notice of Electronic Filing (NEF) issued by the district court's Electronic Case Filing (ECF) System.

*/s/ Mitch Kreindler*
Mitchell R. Kreindler