UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2018
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, *ex rel.*, Richard Drummond, §§§§§ | |
| Plaintiffs, | |
| *versus* §§§ | Civil Action H-08-2441 |
| BestCare Laboratory Services, Inc., *et al.*, §§§ | |
| Defendants. § | |

## Order on Summary Judgment

1. The United States of America *ex relatione* Richard Drummond takes $30,571,635.00 from BestCare Laboratory Services, LLC, and Karim A. Maghareh. (96)

2. The scheme of BestCare Laboratory Services, LLC, was not publicly disclosed. Karim A. Magareh's and its motion for summary judgment is denied. (102)

Signed on April 3, 2018, at Houston, Texas.

Lynn N. Hughes  USDJ
United States District Judge