| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States of America, *et rel.*, §
Richard Drummond §
§
      Plaintiffs, §
§
*versus* §    Civil Action H-08-2441
§
BestCare Laboratory Services, Inc., *et al.*, §
§
      Defendants. §

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

# Final Judgment

1. The United States of America *ex relatione* Richard Drummond takes $30,571,635.00 from BestCare Laboratory Services, LLC, and Karim A. Maghareh.

2. The remaining claims, except Drummond's claims for attorneys' fees, costs, and expenses, are dismissed with prejudice. (215)

Signed on July 17, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge