UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD DRUMMOND, | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION 4:08-cv-02441 |
| | § | |
| BESTCARE LABORATORY SERVICES, LLC, et al., | § § § § | |
| Defendants. | § | JUDGE LYNN N. HUGHES |

# NOTICE OF APPEAL

Notice is given that Defendants BestCare Laboratory Services, LLC and Dr. Karim A. Maghareh appeal to the United States Court of Appeals for the Fifth Circuit from the district court's Final Judgment. Dkt. #216. Appellants also appeal the district court's denial of prior filed motions for reconsideration, Dkt. #214 and Dkt. #184; orders on summary judgment, Dkt. #219, 220; opinion and order on personal liability of Defendant Dr. Karim A. Maghareh, Dkt. #206 and 207; partial judgments of record, Dkt. #107, 108; and all other adverse rulings of the district court made final by entry of Final Judgment. Final Judgment was entered July 18, 2018.

Mills Shirley L.L.P.

By:   /s/ *George W. Vie III*
          George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571–4232
*gvie@millsshirley.com*

Attorneys for Appellants
BestCare Laboratory Services, LLC
and Dr. Karim A. Maghareh

Certificate of Service

The undersigned hereby certifies that service on known Filing Users will be automatically accomplished through the Notice of Electronic Filing.

/s/ *George W. Vie III*