United States Courts
Southern District of Texas
FILED
April 10, 2020
David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2020

Lyle W. Cayce
Clerk

No. 18-20501

D.C. Docket No. 4:08-CV-2441

United States of America, ex rel, RICHARD DRUMMOND,

Plaintiff - Appellee

UNITED STATES OF AMERICA,

Intervenor - Appellee

v.

BESTCARE LABORATORY SERVICES, L.L.C.; KARIM A. MAGHAREH,

Defendants - Appellants

Certified as a true copy and issued
as the mandate on Apr 10, 2020

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas

Before ELROD, WILLETT, and OLDHAM, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 10, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20501    USA, et al v. BestCare Laboratory Services, et al
                              USDC No. 4:08-CV-2441

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688

cc:  Mr. Weining Bai
     Ms. Samantha Lee Chaifetz
     Mr. Daniel David Hu
     Mr. Mitchell Reed Kreindler
     Ms. Melissa Neiman
     Mr. Kyle Andrew Poelker
     Ms. Jane Langdell Robinson
     Mr. Charles Wylie Scarborough
     Mr. George William Vie III