UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, *et rel.*, § <br> Richard Drummond § <br> § <br> Plaintiffs, § <br> § <br> *versus* §     Civil Action H-08-2441 <br> § <br> BestCare Laboratory Services, Inc., *et al.*, § <br> § <br> Defendants. § | |

## Order

1. John Zavitsanos, Weining Bai, and Kyle Poelker are withdrawn as counsel for Karim Maghareh.

2. The hearing subsists.

Signed on September 2, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge