UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, *et rel.*, Richard Drummond § § § § Plaintiffs, § § *versus* § § BestCare Laboratory Services, Inc., *et al.*, § § Defendants. § | Civil Action H-08-2441 |

## Final Judgment on Relator Costs and Fees

Under the False Claims Act, 31 U.S.C. § 3730(d)(1), and this court's findings on costs and fees (262)(269), the court awarded Richard Drummond a total of $424,388.00 in attorneys' fees and $5,199.73 in costs, and Richard Drummond recovers these amounts from BestCare Laboratory Services, Inc., and Karim Maghareh.

Signed on November 2, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge